IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL

BEFORE: ELIZABETH COWAN WRIGHT
U.S. MAGISTRATE JUDGE

United States of America,

        Plaintiff,

v.

Kyle Langner,

        Defendant.

| | |
|---|---|
| Case No: | 25-mj-732 ECW |
| Date: | October 24, 2025 |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 2:36 p.m. |
| Time Concluded: | 2:39 p.m. |
| Time in Court: | 3 minutes |

APPEARANCES:

Plaintiff: Syngen Kanassatega, Assistant U.S. Attorney
Defendant: Siri Carlson McDowell, Assistant Federal Defender
    X FPD     X To be appointed

   X Advised of Rights

on    Violation of   X Supervised Release
X Date charges or violation filed: October 17, 2025
X Current Offense: charged in Chisago County (13-CR-25-699); travelled outside the district without permission.
X **Charges from other District:**   Western District of Wisconsin
X Title and Code of underlying offense from other District: Armed Bank Robbery in violation of 18:2113(a) and (d); Brandishing a Firearm During a Crime of Violence in violation of 18:924(c).
X Case no: 15-cr-104-jdp-1

X Government moves for a detention hearing.     X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Tuesday, October 28, 2025 at 11:00 a.m. before U.S. Magistrate Judge John F. Docherty in Courtroom 6A (STP) for:
X Detention hrg     X Preliminary Revocation

X Removal hearing waived. Order to be issued

 

                                                     *s/nah*
                                    Signature of Courtroom Deputy